UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:06-CR-5001 |
| | ) | |
| PABLO COLUNGA MORAN | ) | |

**O R D E R**

This supervised release revocation matter came before the Court on April 17, 2006. At this hearing, the defendant did not contest that he had committed the violations of the conditions of supervised release set forth in the petition for warrant for offender under supervision. It is uncontested that the defendant's violation guideline range is now fifteen (15) months to twenty-one (21) months.

Therefore, the Court finds that the defendant has violated the terms of his supervised release, and it is hereby **ORDERED** that his term of supervised release is **REVOKED**. It is **ORDERED** that he is sentenced to serve a term of incarceration of eighteen (18) months, to be served consecutive to the defendant's sentence in case number 2:05cr79, followed by no further supervised release.[1] The Court **FINDS** that this sentence, which is within the guideline range, is a reasonable sentence taking into

---

[1] A four (4) year term of supervised release was imposed in case No. 2:05-CR-79.

consideration the defendant's violation and the factors set forth in 18 U.S.C. §3553(a).

The defendant is remanded to the custody of the United States Marshal for service of his sentence.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE